| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ZNB LLP** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1954197** |
| 4. | **Debtor's address** | **Principal place of business**  **830 High Street**  **Chestertown, MD 21620**  Number, Street, City, State & ZIP Code    **Kent**  County | **Mailing address, if different from principal place of business**   P.O. Box, Number, Street, City, State & ZIP Code   **Location of principal assets, if different from principal place of business**   Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **ZNB LLP**_____   Case number (*if known*)_____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **ZNB LLP**
Name

Case number (*if known*)

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Harry Kaiser** | Relationship | **Part owner of the Debtor** |
| District | **Baaltimore Northern District of Maryland** When **8/01/21** | Case number, if known | **21-15305** |

### 11. Why is the case filed in *this district*?

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

### 15. Estimated Assets

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **ZNB LLP**　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐  $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Case 21-16310   Doc 1   Filed 10/05/21   Page 4 of 12

Debtor  **ZNB LLP**
     Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 5, 2021**
                     MM / DD / YYYY

**X  /s/ Harry Kaiser**
Signature of authorized representative of debtor

**Harry Kaiser**
Printed name

Title  **Managing Partner**

**18. Signature of attorney**

**X  /s/ Tate M. Russack**
Signature of attorney for debtor

Date  **October 5, 2021**
      MM / DD / YYYY

**Tate M. Russack**
Printed name

**RLC, PA Lawyers & Consultants**
Firm name

**7999 North Federal Highway**
**Suite 102**
**Boca Raton, FL 33487**
Number, Street, City, State & ZIP Code

Contact phone  **561-571-9610**     Email address  **Tate@russack.net**

**26394 MD**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

Fill in this information to identify the case:

Debtor name: **ZNB LLP**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ESTATE OF Beatrice Brodie<br>C/O Paul M. Cowan, Curator<br>8925 SW 148th Street<br>Miami, FL 33176 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Harry Kaiser<br>221 Green Street<br>Centreville, MD 21617 | | Equity in Company of 50% Calim is probably more than listed | | | | $1,500,000.00 |
| Steven Brodie<br>985 Old Baltimore Pike<br>Newark, DE 19702 | | Equity in Company of 50%, Claim value most likely exceeds the value below | | | | $1,500,000.00 |
| Susanne Kaiser<br>201 N Coconut Lane<br>Miami Beach, FL 33139 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

# United States Bankruptcy Court
## District of Maryland

In re **ZNB LLP**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harry Kaiser**<br>221 Green Street<br>Centreville, MD 21617 | **Parnership interest** | 50% | |
| **Steven Brodie**<br>985 Old Baltimore Pike<br>Newark, DE 19702 | **Partnership interest** | 50% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 5, 2021**

Signature **/s/ Harry Kaiser**
**Harry Kaiser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re: **ZNB LLP**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 5, 2021**

**/s/ Harry Kaiser**
**Harry Kaiser/Managing Partner**
Signer/Title

ESTATE OF Beatrice Brodie
C/O Paul M. Cowan, Curator
8925 SW 148th Street
Miami, FL 33176


Harry Kaiser
221 Green Street
Centreville, MD 21617


Steven Brodie
985 Old Baltimore Pike
Newark, DE 19702


Susanne Kaiser
201 N Coconut Lane
Miami Beach, FL 33139

# United States Bankruptcy Court
## District of Maryland

In re __ZNB LLP__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ZNB LLP__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Harry Kaiser**
**221 Green Street**
**Centreville, MD 21617**

**Steven Brodie**
**985 Old Baltimore Pike**
**Newark, DE 19702**

☐ None [*Check if applicable*]

**October  5, 2021**
Date

/s/ Tate M. Russack
**Tate M. Russack**
Signature of Attorney or Litigant
Counsel for   __ZNB LLP__
**RLC, PA Lawyers & Consultants**
**7999 North Federal Highway**
**Suite 102**
**Boca Raton, FL 33487**
**561-571-9610 Fax:800-883-5692**
**Tate@russack.net**

**United States Bankruptcy Court**
**District of Maryland**

In re  **ZNB LLP**                                                                                   Case No.
                                    Debtor(s)                                                         Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Harry Kaiser**, declare under penalty of perjury that I am the **Managing Partner** of **ZNB LLP**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Partnership at a special meeting duly called and held on the **5** day of Oct , 20**21** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Harry Kaiser**, **Managing Partner** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Partnership; and

Be It Further Resolved, that **Harry Kaiser**, **Managing Partner** of this Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Partnership in connection with such bankruptcy case, and

Be It Further Resolved, that **Harry Kaiser**, **Managing Partner** of this Partnership is authorized and directed to employ **Tate M. Russack**, attorney and the law firm of **RLC, PA Lawyers & Consultants** to represent the Partnership in such bankruptcy case."

Date  **October  5, 2021**                                                        Signed  **/s/ Harry Kaiser**
                                                                                                  **Harry Kaiser**

Resolution of Board of Directors
of
**ZNB LLP**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Harry Kaiser**, **Managing Partner** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Partnership; and

Be It Further Resolved, that **Harry Kaiser**, **Managing Partner** of this Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership in connection with such bankruptcy case, and

Be It Further Resolved, that **Harry Kaiser**, **Managing Partner** of this Partnership is authorized and directed to employ **Tate M. Russack**, attorney and the law firm of **RLC, PA Lawyers & Consultants** to represent the Partnership in such bankruptcy case.

Date   **October  5, 2021**          Signed   **/s/ Harry Kaiser**
                                              **Harry Kaiser, Managing Partner**

Date   **October  5, 2021**          Signed   **/s/ Steven Brodie**
                                              **Steven Brodie, Limited Partner**